

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00633-CV

Chris **LINGLE**,
Appellant

v.

**SAGE ARCHITECTURE, INC.**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-09134
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we AFFIRM the trial court's judgment. It is ORDERED that appellee recover its costs of this appeal from appellant.

SIGNED July 23, 2025.

_____
Lori I. Valenzuela, Justice